**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**                                        Case No. 09-cr-11-PB

<u>**Jordan Levasseur**</u>

<u>**O R D E R**</u>

The defendant has moved, through counsel, to continue the trial scheduled for November 3, 2009 for a period of 60 days to allow time to reschedule the plea hearing which was cancelled due to the unavailability of defense counsel who recently underwent surgery.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 3, 2009 to January 5, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reason, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 3, 2009

cc:  Ray Raimo, Esq.
     Terry Ollila, Esq.
     United States Probation
     United States Marshal